# In The United States Court of Federal Claims

No. 08-758C

(Filed: December 9, 2008)

_____

ROGER A. HOUSE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On December 8, 2008, defendant filed an unopposed motion for a sixty-day enlargement of time.  This motion is hereby **GRANTED**.  On or before February 23, 2009, defendant shall file its response to plaintiff's complaint in this matter.  **No further enlargement of this deadline will be granted.**

    **IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge