# In The United States Court of Federal Claims

No. 08-758C

(Filed: March 10, 2009)

_____

ROGER A. HOUSE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On February 23, 2009, defendant filed a motion to remand this matter to the Board for Correction of Naval Records.  Plaintiff filed its opposition on February 24, 2009, and on March 9, 2009, defendant filed a reply that included a motion to dismiss for failure to state a claim.  Briefing on defendant's motion to dismiss is hereby **STAYED** until further order.

    **IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge