# In The United States Court of Federal Claims

No.  08-758C

(Filed:  March 31, 2009)

_____

ROGER A. HOUSE,

            Plaintiff,

   v.

THE UNITED STATES,

            Defendant.

_____

**ORDER**

_____

Oral argument on defendant's motion to remand will be held in this case on April 6, 2009, at 2:00 p.m. (EDT).  Chambers will contact the parties shortly before the scheduled conference time.

**IT IS SO ORDERED.**

s/ Francis M. Allegra
Francis M. Allegra
Judge