# In The United States Court of Federal Claims

No.  08-758C

(Filed:  January 5, 2010)

_____

ROGER A. HOUSE,

        Plaintiff,

   v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

     A telephonic status conference will be held in this case on January 29, 2010, at 2:00 p.m. (EST).  Chambers will contact the parties shortly before the scheduled conference time.

     **IT IS SO ORDERED.**


s/ Francis M. Allegra_____
Francis M. Allegra
Judge