# In The United States Court of Federal Claims

No. 08-758C

(Filed: January 15, 2010)

_____

ROGER A. HOUSE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

    The telephonic status conference that was scheduled for January 29, 2010, at 2:00 p.m. (EST) is hereby **canceled**.

    **IT IS SO ORDERED.**

    s/ Francis M. Allegra
    Francis M. Allegra
    Judge