# In The United States Court of Federal Claims

No. 08-758C

(Filed: January 15, 2010)

_____

ROGER A. HOUSE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On January 14, 2010, defendant filed an unopposed motion for entry of proposed briefing schedule. The motion is hereby **GRANTED**. Accordingly,

1. On or before February 16, 2010, defendant shall file the Administrative Record in CD-ROM form;

2. On or before February 16, 2010, defendant shall file its motion for judgment on the administrative record;

3. On or before March 19, 2010, plaintiff shall file his response and cross-motion for judgment on the administrative record;

4. On or before April 5, 2010, defendant shall file its reply in support of its motion and its response to plaintiff's cross-motion; and

5. On or before April 22, 2010, plaintiff shall file his reply in support of his cross-motion.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge