# In The United States Court of Federal Claims

No. 08-758C

(Filed: February 16, 2010)

_____

ROGER A. HOUSE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On February 12, 2010, defendant filed an unopposed motion for a one-week extension of time to file the administrative record and its motion for judgment thereon. The motion is hereby **GRANTED**, and all subsequent deadlines in the briefing schedule are correspondingly extended by one week. Accordingly,

1. On or before February 23, 2010, defendant shall file the Administrative Record in CD-ROM form;

2. On or before February 23, 2010, defendant shall file its motion for judgment on the administrative record;

3. On or before March 26, 2010, plaintiff shall file his response and cross-motion for judgment on the administrative record;

4. On or before April 12, 2010, defendant shall file its reply in support of its motion and response to plaintiff's cross-motion; and

5. On or before April 29, 2010, plaintiff shall file his reply in support of his cross-motion.

**IT IS SO ORDERED.**

                                                            s/ Francis M. Allegra
                                                            Francis M. Allegra
                                                            Judge