# In The United States Court of Federal Claims

No. 08-758C

(Filed: March 22, 2010)
_____

ROGER A. HOUSE,

        Plaintiff,

v.

THE UNITED STATES,

        Defendant.
_____

**ORDER**
_____

On March 20, 2010, plaintiff filed an unopposed motion for a 31 day extension of time to file his response and cross-motion for judgment on the administrative record. The motion is hereby **GRANTED**, and all subsequent deadlines in the briefing schedule are correspondingly extended by 31 days. Accordingly,

1. On or before April 26, 2010, plaintiff shall file his response and cross-motion for judgment on the administrative record;

2. On or before May 13, 2010, defendant shall file its reply in support of its motion and response to plaintiff's cross-motion; and

3. On or before June 1, 2010, plaintiff shall file his reply in support of his cross-motion.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge