# In The United States Court of Federal Claims

No. 08-758C

(Filed: April 27, 2010)

_____

ROGER A. HOUSE,

        Plaintiff,

  v.

THE UNITED STATES,

        Defendant.

_____

**ORDER**

_____

On April 23, 2010, plaintiff filed his second unopposed motion for a 30 day extension of time to file his response and cross-motion for judgment on the administrative record. The motion is hereby **GRANTED**, and all subsequent deadlines in the briefing schedule are correspondingly extended by 30 days. Accordingly,

1. On or before May 26, 2010, plaintiff shall file his response and cross-motion for judgment on the administrative record, and **no further enlargements of this deadline will be granted**;

2. On or before June 14, 2010, defendant shall file its reply in support of its motion and response to plaintiff's cross-motion; and

3. On or before July 1, 2010, plaintiff shall file his reply in support of his cross-motion.

**IT IS SO ORDERED.**

                                          s/ Francis M. Allegra
                                          Francis M. Allegra
                                          Judge