# In The United States Court of Federal Claims

No. 08-758C

(Filed:  January 6, 2011)

_____

ROGER A. HOUSE,

                Plaintiff,

     v.

THE UNITED STATES,

                Defendant.

_____

**ORDER**

_____

     Oral argument on defendant's motion to dismiss and a motion for judgment on the administrative record will be held in this case on Tuesday, February 1, 2011, at 2:00 p.m. (EST) in the United States Court of Federal Claims, National Courts Building, 717 Madison Place, N.W., Washington, D.C.  20005.  The courtroom location will be posted in the lobby of the courthouse on the day of the conference.

     **IT IS SO ORDERED.**

                                                 <u>s/ Francis M. Allegra</u>
                                                 Francis M. Allegra
                                                 Judge