# In The United States Court of Federal Claims

No. 08-758C

(Filed: February 2, 2011)

_____

ROGER A. HOUSE,

           Plaintiff,

v.

THE UNITED STATES,

           Defendant.

_____

**ORDER**

_____

On February 1, 2011, oral argument on defendant's motion to dismiss and a motion for judgment on the administrative record was held in this case. Participating in the argument were John Wells, for plaintiff, and Stacey Grigsby, for defendant. Pursuant to discussions at the hearing, the court orders the following:

1. On or before February 8, 2011, defendant shall file a copy of the applicable Navy or Department of Defense instructions pertaining to the protocol for returning forfeited funds and the pay stub in question; and

2. On or before February 22, 2011, plaintiff shall file a short response regarding the aforementioned documents.

**IT IS SO ORDERED.**

                                            s/ Francis M. Allegra
                                            Francis M. Allegra
                                            Judge